## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

     ADELINE HEBER,                         CASE NO.:   16-02390-JAF
     DAVID HEBER,

                    Debtor(s).

_____

## FIRST AMENDED CHAPTER 13 PLAN

**CHECK ONE:**

_____       Debtor [1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case.  Any nonconforming provisions are deemed stricken.

**X**       The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions.  Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1.    **MONTHLY PLAN PAYMENTS.**  Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date.  Debtor shall make payments to the Trustee for the period of **48** months.  If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the plan and may cause an increased distribution to the unsecured class of creditors.

    **A.**       $2,344.00     from month one (1) through twelve (12).
    **B.**       $2,444.00     from month thirteen (13) through forty-eight (48).

    To pay the following creditors:

2.    **ADMINISTRATIVE ATTORNEY'S FEES.**

    **Base Fees:**                **$4,400.00**
    **Total Paid Pre-petition:**     **$0.00**
    **Balance Due:**           **$4,400.00**
    **Estimated Additional Fees Subject to Court Approval:  $0.00**

_____

[1].    All references to "Debtor" include and refer to both of the Debtors in a case filed jointly by two individuals.

1

**Attorney's Fees Payable through Plan $325.00 monthly for months one (1) through eight (8), $300.00 monthly for months nine (9) through twelve (12), and $25.00 for months thirteen (13) through thirty-six (36) (subject to adjustment).**

3.    **PRIORITY CLAIMS (As defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| N/A | | |
| | | |

4.    **TRUSTEE FEES.**    Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5.    **SECURED CLAIMS.**    Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

(A)    **Claims Secured by Real Property Which Debtor Intends to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan.**    If the Plan provides for curing pre-petition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan.    These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each moth thereafter.    The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 3438 | Vystar Credit Union | 946 Brookview Drive North, Jacksonville, FL 32225 | $980.00 (1-2) $909.42 (3-48) | $0.00 | $31,436.74 |
| | | | | | |

2

(B)    **Claims Secured by Real Property / Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Payment Amount |
|---|---|---|---|
| N/A | | | |
| | | | |

(C)    **Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence.   A separate motion to determine secured status or to value the collateral must be filed.   The secured portion of the claim, estimated below, shall be paid:

| Last Four Digits of Acct. No. | Creditor | Collateral Descrip. / Address | Claim Amount | Value | Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 9889 | Volkswagen Credit, Inc. | 2013 Volkswagen Jetta | $18,518.00 | $11,000.00 | $327.22 | 4.500% |
| | | | | | | |

(D)    **Claims Secured by Real Property and / or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last Four Digit of Acct. No. | Creditor | Collateral Description / Address | Claim Amount | Payment | Interest Rate |
|---|---|---|---|---|---|

| Unknown | Duval County Tax Collector | 946 Brookview Drive North, Jacksonville, FL 32225 | $1,166.63 | $0.00 (1-12) $50.97 (13-47) $51.03 (48) | 18.000% |
|---------|------|------|------|------|------|
| 3438 | Vystar Credit Union | 946 Brookview Drive North, Jacksonville, FL 32225 - Post Petition Fees | $700.00 | $0.00 (1-12) $19.44 (13-47) $19.60 (48) | N/A |

**(E)** **Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Payment | Arrearage |
|-------------------------------|----------|------------------------|-----------------|-----------|
| N/A | | | | |
| | | | | |

**(F)** **Secured Claims / Lease Claims Paid Directly by Debtor.**  The following secured claims / lease claims are being made via automatic debit / draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit / draft.   The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.   Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.   (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay directly in the Lease / Executory Contract Section 6 below).

| Last Four Digits of Acct. No. | Creditor | Property / Collateral |
|-------------------------------|----------|------------------------|
| N/A | | |
| | | |

**(G)** **Liens to be Avoided pursuant to 11 U.S.C. § 522 / Stripped Off pursuant to 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed:

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| N/A | | |
| | | |

**(H)** **Surrender of Collateral / Leased Property.** Debtor will surrender the following collateral / leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of these claims in the Lease / Executory Contract section below).

| Last Four Digits of Acct. No. | Creditor | Property / Collateral to be Surrendered |
|---|---|---|
| 7693 | Ally Financial | 2009 Volkswagen Beetle |
| | | |

**(I)** **Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|
| N/A | | |
| | | |

## 6. LEASES / EXECUTORY CONTRACTS:

| Last Four Digits of Acct. No. | Creditor | Property | Assume / Reject Surrender | Estimated Arrears |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

5

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

7.   **GENERAL UNSECURED CREDITORS.**   General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan.   The estimated dividend to unsecured creditors shall be no less than $10,545.00.

8.   **ADDITIONAL PROVISIONS.**

(A)   Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

(B)   Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)   Property of the estate (check one) *

(1)   _____   shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

(2)   __X__   shall vest in Debtor upon confirmation of the Plan.

*   If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)   The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and / or the proofs of claim as filed and allowed.   The Trustee shall only pay creditors with filed and allowed proof of claims.   An allowed proof of claim will control, unless the Court orders otherwise.

(E)   The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions.   The actual distributions may vary.   If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F)   Debtor shall timely file all tax returns and make all tax payments and deposits when due.   (However, if Debtor is not required to file tax returns, Debtor shall provide

Trustee with a statement to that effect).   For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return.   Unless otherwise ordered consented to by the Trustee or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments.   Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability.   **Debtor shall spend no tax refunds without first having obtained the Trustee's consent or court approval.**

## 9.    NONCONFORMING PROVISIONS:

1. All timely plan payments received by the Chapter 13 Trustee are deemed timely payment to each creditor.

2. Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the completion of the plan, unless specifically provided for in this plan, or by further Order of Court on month filed pursuant to F.R.B.P. Rule 3002.1(c), prior to the completion of the plan.

3. If the Debtor has surrendered collateral securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of Order Confirming Chapter 13 Plan, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

*/s/ Adeline Heber*                                                      Dated: October 4, 2016
Adeline Heber, Debtor

*/s/ David Heber*                                                        Dated: October 4, 2016
David Heber, Debtor

DATED:   This 4th day of October, 2016.

                                                          CANDYCE M. KING, P.A.
                                                          */s/ Candyce M. King*
                                                          Candyce M. King
                                                           Florida Bar Number 307210
                                                          Sarah A. Mannion
                                                          Florida Bar Number 103087
                                                          2219 Park Street
                                                          Jacksonville, Fl 32204
                                                          904/387-9886; Fax 904/387-9862
                                                          Attorney for Debtors
                                                          *kingcandyce@bellsouth.net*

7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing First Amended Chapter 13 Plan was provided electronically or by U.S. Mail, postage pre-paid, to all creditors and parties in interest on the attached mailing matrix this 4th day of October, 2016.

CANDYCE M. KING, P.A.
/s/ Candyce M. King
Candyce M. King
 Florida Bar Number 307210
Sarah A. Mannion
Florida Bar Number 103087
2219 Park Street
Jacksonville, Fl 32204
904/387-9886; Fax 904/387-9862
Attorney for Debtors
*kingcandyce@bellsouth.net*

8

| 16-02390 Heber | 1st Pmt Due 7/24/2016 | Plan Mths 48 | Unsec pct 51.110% | Unsec Amt $20,653.00 | Trustee % 10.0% | ATTY $4,400.00 | | Volkswagen Credit, Inc. $11,779.77 | | Vystar Credit Union $134,660.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTALS** | Unsecured $10,555.84 | | | | Debtor Pmt $116,112.00 | Tee Fee $11,611.20 | | ATTY $4,400.00 | | $11,779.92 | | $43,793.32 |
| | | 48 | | | | | | | | | | |
| 7/24/2016 | $90.77 | 1 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | | $980.00 |
| 8/24/2016 | $90.77 | 2 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | 2 at | $980.00 |
| 9/24/2016 | $161.35 | 3 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | | $909.42 |
| 10/24/2016 | $161.35 | 4 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | | $909.42 |
| 11/24/2016 | $161.35 | 5 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | | $909.42 |
| 12/24/2016 | $161.35 | 6 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | | $909.42 |
| 1/24/2017 | $161.35 | 7 | | | $2,344.00 | $234.40 | | $325.00 | | $327.22 | | $909.42 |
| 2/24/2017 | $161.35 | 8 | | | $2,344.00 | $234.40 | 8 at | $325.00 | | $327.22 | | $909.42 |
| 3/24/2017 | $186.35 | 9 | | | $2,344.00 | $234.40 | | $300.00 | | $327.22 | | $909.42 |
| 4/24/2017 | $186.35 | 10 | | | $2,344.00 | $234.40 | | $300.00 | | $327.22 | | $909.42 |
| 5/24/2017 | $186.35 | 11 | | | $2,344.00 | $234.40 | | $300.00 | | $327.22 | | $909.42 |
| 6/24/2017 | $186.35 | 12 | 12 at | $2,344.00 | $2,344.00 | $234.40 | 4 at | $300.00 | | $327.22 | | $909.42 |
| 7/24/2017 | $123.18 | 13 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 8/24/2017 | $123.18 | 14 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 9/24/2017 | $123.18 | 15 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 10/24/2017 | $123.18 | 16 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 11/24/2017 | $123.18 | 17 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 12/24/2017 | $123.18 | 18 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 1/24/2018 | $123.18 | 19 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 2/24/2018 | $123.18 | 20 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 3/24/2018 | $123.18 | 21 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 4/24/2018 | $123.18 | 22 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 5/24/2018 | $123.18 | 23 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 6/24/2018 | $123.18 | 24 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 7/24/2018 | $123.18 | 25 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 8/24/2018 | $123.18 | 26 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 9/24/2018 | $123.18 | 27 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 10/24/2018 | $123.18 | 28 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 11/24/2018 | $123.18 | 29 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 12/24/2018 | $123.18 | 30 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 1/24/2019 | $123.18 | 31 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 2/24/2019 | $123.18 | 32 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 3/24/2019 | $123.18 | 33 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 4/24/2019 | $123.18 | 34 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 5/24/2019 | $123.18 | 35 | | | $2,444.00 | $244.40 | | $25.00 | | $327.22 | | $909.42 |
| 6/24/2019 | $123.18 | 36 | | | $2,444.00 | $244.40 | 24 at | $25.00 | 36 at | $327.22 | | $909.42 |
| 7/24/2019 | $475.40 | 37 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 8/24/2019 | $475.40 | 38 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 9/24/2019 | $475.40 | 39 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 10/24/2019 | $475.40 | 40 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 11/24/2019 | $475.40 | 41 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 12/24/2019 | $475.40 | 42 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 1/24/2020 | $475.40 | 43 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 2/24/2020 | $475.40 | 44 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 3/24/2020 | $475.40 | 45 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 4/24/2020 | $475.40 | 46 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 5/24/2020 | $475.40 | 47 | | | $2,444.00 | $244.40 | | | | | | $909.42 |
| 6/24/2020 | $475.08 | 48 | 36 at | $2,444.00 | $2,444.00 | $244.40 | | | | | 46 at | $909.42 |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $0.00 | | | | | $0.00 | | | | | | |
| | $10,555.84 | | | | $116,112.00 | $11,611.20 | | $4,400.00 | | $11,779.92 | | $43,793.32 |
| Unsec Amt | $20,653.00 | | | | | | | | | | | |
| | 51.110% | | | | | | | | | | | |

| Total Paid | $ - |
|---|---|
| Plan pays to | $ - |
| Total Plan pa | $ - |
| | $ - |

| 16-02390 Heber | 1st Pmt Due 7/24/2016 | Plan Mths 48 | | Vystar Credit Union - Arrears | | Vystar CU - Post Petition Fees | | Duval Co. Tax Collector |
|---|---|---|---|---|---|---|---|---|
| | Unsecured | | | $31,436.74 | | $700.00 | | $1,834.98 |
| **TOTALS** | $10,555.84 | | | $31,436.74 | | $700.00 | | $1,834.98 |
| 7/24/2016 | $90.77 | 1 | | $386.61 | | $0.00 | | $0.00 |
| 8/24/2016 | $90.77 | 2 | | $386.61 | | $0.00 | | $0.00 |
| 9/24/2016 | $161.35 | 3 | | $386.61 | | $0.00 | | $0.00 |
| 10/24/2016 | $161.35 | 4 | | $386.61 | | $0.00 | | $0.00 |
| 11/24/2016 | $161.35 | 5 | | $386.61 | | $0.00 | | $0.00 |
| 12/24/2016 | $161.35 | 6 | | $386.61 | | $0.00 | | $0.00 |
| 1/24/2017 | $161.35 | 7 | | $386.61 | | $0.00 | | $0.00 |
| 2/24/2017 | $161.35 | 8 | | $386.61 | | $0.00 | | $0.00 |
| 3/24/2017 | $161.35 | 9 | | $386.61 | | $0.00 | | $0.00 |
| 4/24/2017 | $186.35 | 10 | | $386.61 | | $0.00 | | $0.00 |
| 5/24/2017 | $186.35 | 11 | | $386.61 | | $0.00 | | $0.00 |
| 6/24/2017 | $186.35 | 12 | 12 at | $386.61 | 12 at | $0.00 | 12 at | $0.00 |
| 7/24/2017 | $123.18 | 13 | | $744.37 | | $19.44 | | $50.97 |
| 8/24/2017 | $123.18 | 14 | | $744.37 | | $19.44 | | $50.97 |
| 9/24/2017 | $123.18 | 15 | | $744.37 | | $19.44 | | $50.97 |
| 10/24/2017 | $123.18 | 16 | | $744.37 | | $19.44 | | $50.97 |
| 11/24/2017 | $123.18 | 17 | | $744.37 | | $19.44 | | $50.97 |
| 12/24/2017 | $123.18 | 18 | | $744.37 | | $19.44 | | $50.97 |
| 1/24/2018 | $123.18 | 19 | | $744.37 | | $19.44 | | $50.97 |
| 2/24/2018 | $123.18 | 20 | | $744.37 | | $19.44 | | $50.97 |
| 3/24/2018 | $123.18 | 21 | | $744.37 | | $19.44 | | $50.97 |
| 4/24/2018 | $123.18 | 22 | | $744.37 | | $19.44 | | $50.97 |
| 5/24/2018 | $123.18 | 23 | | $744.37 | | $19.44 | | $50.97 |
| 6/24/2018 | $123.18 | 24 | | $744.37 | | $19.44 | | $50.97 |
| 7/24/2018 | $123.18 | 25 | | $744.37 | | $19.44 | | $50.97 |
| 8/24/2018 | $123.18 | 26 | | $744.37 | | $19.44 | | $50.97 |
| 9/24/2018 | $123.18 | 27 | | $744.37 | | $19.44 | | $50.97 |
| 10/24/2018 | $123.18 | 28 | | $744.37 | | $19.44 | | $50.97 |
| 11/24/2018 | $123.18 | 29 | | $744.37 | | $19.44 | | $50.97 |
| 12/24/2018 | $123.18 | 30 | | $744.37 | | $19.44 | | $50.97 |
| 1/24/2019 | $123.18 | 31 | | $744.37 | | $19.44 | | $50.97 |
| 2/24/2019 | $123.18 | 32 | | $744.37 | | $19.44 | | $50.97 |
| 3/24/2019 | $123.18 | 33 | | $744.37 | | $19.44 | | $50.97 |
| 4/24/2019 | $123.18 | 34 | | $744.37 | | $19.44 | | $50.97 |
| 5/24/2019 | $123.18 | 35 | | $744.37 | | $19.44 | | $50.97 |
| 6/24/2019 | $123.18 | 36 | | $744.37 | | $19.44 | | $50.97 |
| 7/24/2019 | $475.40 | 37 | | $744.37 | | $19.44 | | $50.97 |
| 8/24/2019 | $475.40 | 38 | | $744.37 | | $19.44 | | $50.97 |
| 9/24/2019 | $475.40 | 39 | | $744.37 | | $19.44 | | $50.97 |
| 10/24/2019 | $475.40 | 40 | | $744.37 | | $19.44 | | $50.97 |
| 11/24/2019 | $475.40 | 41 | | $744.37 | | $19.44 | | $50.97 |
| 12/24/2019 | $475.40 | 42 | | $744.37 | | $19.44 | | $50.97 |
| 1/24/2020 | $475.40 | 43 | | $744.37 | | $19.44 | | $50.97 |
| 2/24/2020 | $475.40 | 44 | | $744.37 | | $19.44 | | $50.97 |
| 3/24/2020 | $475.40 | 45 | | $744.37 | | $19.44 | | $50.97 |
| 4/24/2020 | $475.40 | 46 | | $744.37 | | $19.44 | | $50.97 |
| 5/24/2020 | $475.40 | 47 | 35 at | $744.37 | 35 at | $19.44 | 35 at | $50.97 |
| 6/24/2020 | $475.08 | 48 | 1 at | $744.47 | 1 at | $19.60 | 1 at | $51.03 |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $0.00 | | | | | | | |
| | $10,555.84 | | | $31,436.74 | | $700.00 | | $1,834.98 |
| **Unsec Amt** | $20,653.00 | | | | | | | |
| | 51.110% | | | | | | | |

| Total Paid | $ - |
|---|---|
| Plan pays to | $ - |
| Total Plan pa | $ - |
| | $ - |

Label Matrix for local noticing
113A-3
Case 3:16-bk-02390-JAF
Middle District of Florida
Jacksonville
Tue Oct  4 15:01:15 EDT 2016

Duval County Tax Collector
Office of General Counsel
c/o Wendy Mummaw
117 West Duval Street
Suite 480
Jacksonville, FL 32202-3734

Adeline Heber
946 Brookview Dr N.
Jacksonville, FL 32225-6665

David Heber
946 Brookview Dr N.
Jacksonville, FL 32225-6665

VyStar Credit Union
c/o Law Office of Michelle L. Glass, PA
12620 Beach Blvd.
Ste. 3-331
Jacksonville, FL 32246-7131

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

Ar Resources Inc
Bankruptcy
Po Box 1056
Blue Bell, PA 19422-0287

Bellsouth Telecom/AT&T
1 AT&T Way
Room 3A104
Bedminster, NJ 07921-2693

CAPITAL ONE NA
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

City of Jacksonville
117 West Duval Street Ste. 480
Jacksonville, FL 32202-5721

Comenity Capital /  ESN
PO Box 182120
Columbus, OH 43218-2120

Credit Management
Attention: Bankruptcy Dept
Po  Box 118288
Carrollton, TX 75011-8288

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Duval County Tax Collector
231 E. Forsyth Street
Jacksonville, FL 32202-3361

Duval County Tax Collector
231 Forsyth St.  #130
Jacksonville FL 32202-3380

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241-7547

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Inst. of Pain Management
7948 Baymeadows Way
Jacksonville, FL 32256-8539

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201-3120

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Navy Federal Credit Union
PO BOX 3000
Merrifield, VA 22119-3000

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum 3 Group LLC
as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Syncb/Walmart
PO Box 965024
Orlando, FL 32896-5024

| | | |
|---|---|---|
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Usa Funds/sallie Mae Servicing<br>Cbe Group<br>Po Box 900<br>Waterloo, IA 50704-0900 | Volkswagon Credit Inc<br>National Bankruptcy Services<br>9441 Lbj Freeway, Suite 250<br>Dallas, TX 75243-4640 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Candyce M. King +<br>Candyce M. King, P.A.<br>2219 Park Street<br>Jacksonville, FL 32204-4315 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | Michelle L Glass +<br>Law Office of Michelle L Glass, PA<br>12620 Beach Blvd<br>Ste #-331<br>Jacksonville, FL 32246-7131 | Wendy L Mumaw +<br>Office of General Counsel<br>117 West Duval Street<br>Jacksonville, FL 32202-3734 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recover Inc<br>1550 Old Henderson Road<br>Columbus, OH 43220 | Military Star/AAFES<br>3911 S Walton Walker Blv<br>Dallas, TX 75236 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Sprint<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Vystar Credit Union<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                   41 |